Hampton J. YOW, Plaintiff–Appellant,

v.

Larry J. MASSANARI, Acting Commissioner of Social Security Administration, Defendant–Appellee.

No. 01–1528.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 13, 2001.

Decided Oct. 22, 2001.

J. Kevin Morton, Winston–Salem, NC, for appellant.

Stuart E. Schiffer, Assistant Attorney General, Benjamin H. White, Jr., United States Attorney, Mary Ann Sloan, Regional Chief, Dennis R. Williams, Deputy Regional Chief, Aileen Hammond, Assistant Regional, James M. Flournoy, Assistant Regional, Office of the General, Region IV, Social Security Administration, Atlanta, GA, for appellee.

Before WILKINS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Hampton Yow appeals the district court's order that, based upon a report and recommendation of a magistrate judge, upheld the Administrative Law Judge's (ALJ) denial of his claim for a period of disability and disability insurance benefits. Yow applied for Social Security Disability and Supplemental Security Income (SSI) benefits.

We must uphold the decision to deny disability insurance benefits if the decision

is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C.A. § 405(g) (West Supp.2001); *Craig v. Chater*, 76 F.3d 585, 589 (4th Cir.1996). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court and the magistrate judge.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*